■ BROOKLYN UNION GAS COMPANY et al., Respondents, v HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellant, et al., Defendants. — In an action, *inter alia*, to recover moneys paid by plaintiffs in settlement of certain underlying actions, defendant Hartford Accident & Indemnity Company appeals from an order of the Supreme Court, Kings County (Adler, J.), dated October 11, 1983, which denied its motion pursuant to CPLR 3103 and 3133 for a protective order vacating the interrogatories served by plaintiffs. ¶ Order reversed, with costs, and motion granted, without prejudice to the service of proper interrogatories. ¶ The interrogatories served by plaintiffs are overbroad and prolix and it is not the function of this court to engage in pruning (see *Faith v Boston Old Colony Ins. Co.,* 76 AD2d 900; *Feinman v Menachemi,* 75 AD2d 838). Gibbons, J. P., O'Connor, Boyers and Lawrence, JJ., concur.